# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-817

_____

DESTIN BUSINESS BROKERS,
LLC,

Appellant/Cross-Appellee,

v.

RICHARD W. WHITE and WHITE'S
WRECKER SERVICE, LLC,

Appellees/Cross-Appellants.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

October 28, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John H. Adams and Terrie L. Didier of Beggs & Lane, Pensacola, for Appellant/Cross-Appellee.

Brian D. Hess of the Law Office of Brian D. Hess, Panama City Beach, for Appellees/Cross-Appellants.